For

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ERNESTO RAMIREZ, | Case No. 1:15-cv-01673 DLB PC |
|---|---|
| Plaintiff, | ORDER REGARDING PLAINTIFF'S NOTICE (Document 5) |
| v. | |
| KERN COUNTY SHERIFF'S STAFF, | ORDER REQUIRING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS, OR PAY FILING FEE, WITHIN THIRTY DAYS |
| Defendants. | |

Plaintiff Ernesto Ramirez ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action. He filed his complaint on November 4, 2015.

Plaintiff did not pay the filing fee or submit an application to proceed in forma pauperis. As a result, the Court issued an order directing him to do so on November 6, 2015.

On November 16, 2015, the Court received a notice from Plaintiff indicating that he is no longer in custody. Plaintiff also requests that he be permitted to proceed with this action without paying the filing fee.

Plaintiff's request is not sufficient to grant in forma pauperis status, as a properly completed application is necessary.

///

///

///

1   Accordingly, the Clerk of Court is ORDERED to send Plaintiff an application to proceed in
2 forma pauperis for non-incarcerated litigants.  Plaintiff is ORDERED to either complete and return
3 the application, or pay the filing fee, within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

   Dated:   **November 17, 2015**                    /s/ *Dennis L. Beck*
                                                   UNITED STATES MAGISTRATE JUDGE