# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>KERN COUNTY SHERIFF'S STAFF,<br><br>Defendants. | Case No. 1:15-cv-01673 DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER<br><br>THIRTY (30) DAY DEADLINE |

Plaintiff Ernesto Ramirez ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action. He filed his complaint on November 4, 2015.[1]

Plaintiff did not pay the filing fee or submit an application to proceed in forma pauperis. As a result, the Court issued an order directing him to do so on November 6, 2015.

On November 16, 2015, the Court received a notice from Plaintiff indicating that he was no longer in custody. Plaintiff also requested that he be permitted to proceed with this action without paying the filing fee.

On November 17, 2015, the Court issued an order explaining that Plaintiff's request was not sufficient to grant in forma pauperis status. The Court sent Plaintiff an application and ordered him to complete and return it, or pay the filing fee, within thirty (30) days. Over thirty (30) days have passed and Plaintiff has not complied with the order or otherwise contacted the Court.

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on November 6, 2015.

1  Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action
2 should not be dismissed for failure to comply with the Court's order.  Plaintiff must file a response
3 to this order within thirty (30) days of the date of service of this order.  Plaintiff may also comply by
4 paying the filing fee, or submitting an application to proceed in forma pauperis.
5  <u>Failure to respond to this order will result in dismissal of this action.</u>
6
7 IT IS SO ORDERED.
8  Dated:   **January 5, 2016**           /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE