**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO RAMIREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>KERN COUNTY SHERIFF'S STAFF,<br><br>  Defendants. | Case No. 1:15-cv-01673 DLB PC<br><br>ORDER DISMISSING ACTION<br>FOR FAILURE TO PROSECUTE |

Plaintiff Ernesto Ramirez ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action. He filed his complaint on November 4, 2015.[1]

Plaintiff did not pay the filing fee or submit an application to proceed in forma pauperis. As a result, the Court issued an order directing him to do so on November 6, 2015.

On November 16, 2015, the Court received a notice from Plaintiff indicating that he was no longer in custody. Plaintiff also requested that he be permitted to proceed with this action without paying the filing fee.

On November 17, 2015, the Court issued an order explaining that Plaintiff's request was not sufficient to grant in forma pauperis status. The Court sent Plaintiff an application and ordered him to complete and return it, or pay the filing fee, within thirty (30) days.

///

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on November 6, 2015.

1

After this time period passed, the Court issued an order to show cause why the action should not be dismissed for failure to follow the Court's order. Plaintiff was ordered to file a response, or submit an application to proceed in forma pauperis, within thirty (30) days.

Over thirty (30) days have passed and Plaintiff has not complied with the order or otherwise communicated with the Court. Plaintiff was warned that dismissal would result from his failure to comply with the Court's order.

A civil action may not proceed absent the submission of either the filing fee or a completed application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915. Based on Plaintiff's failure to comply with the Court's order, dismissal of this action is appropriate. <u>In re Phenylpropanolamine (PPA) Products Liability Litigation</u>, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for failure to file a completed application to proceed in forma pauperis or pay the filing fee.

IT IS SO ORDERED.

Dated:   **February 26, 2016**                    /s/ *Dennis L. Beck*
                                                 UNITED STATES MAGISTRATE JUDGE